IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHNNY DAWSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil No. 07-cv-345-JPG |
| ) | |
| LEWIS HACKLEM, et. al., ) | |
| ) | |
| Defendants. ) | |

## **JUDGMENT**

This matter having come before the Court and the plaintiff having failed to prosecute this action,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**JUSTINE FLANAGAN, Acting Clerk**

**By:s/Deborah Agans, Deputy Clerk**

**DATED: April 14, 2009**
**Approved:**   s/ J. Phil Gilbert
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**